Kaplan & Associates, PC
7315 E. Orchard Rd., Ste 250
Greenwood Village, CO 80111
303-327-5007

Invoice submitted to:
Juanita Bynum
David V. Wadsworth, Trustee
1660 Lincoln Street, Ste 2200
Denver, CO 80264

Date: June 30, 2014

Invoice #: 24961

In Reference To: Preparation of bankruptcy income tax returns

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| **Preparation of tax return** | | | |
| 4/20/2012 DLK | Preparation of Bankruptcy Estate tax return | 0.50<br>220.00/hr | 110.00 |
| 4/25/2012 DLK | Preparation of Bankruptcy Estate tax return | 0.20<br>220.00/hr | 44.00 |
| 5/7/2012 JLA | Preparation of tax return | 1.20<br>100.00/hr | 120.00 |
| 6/6/2012 DLK | Preparation of Bankruptcy Estate tax return | 0.50<br>220.00/hr | 110.00 |
| 6/11/2012 JLA | Preparation of tax return | 0.70<br>100.00/hr | 70.00 |
| 7/12/2012 DSS | Clerical Services; forms 1041 & 105, accompanying letters | 0.60<br>25.00/hr | No Charge |
| 8/3/2012 DLK | Preparation of Bankruptcy Estate tax return | 0.20<br>220.00/hr | 44.00 |
| 12/6/2013 DLK | Preparation of Bankruptcy Estate tax return | 1.00<br>250.00/hr | 250.00 |
| 12/11/2013 JLA | Preparation of Bankruptcy Estate tax return | 0.80<br>110.00/hr | 88.00 |
| DLK | Preparation of Bankruptcy Estate tax return | 0.20<br>250.00/hr | 50.00 |
| 12/18/2013 DLK | Preparation of Bankruptcy Estate tax return | 0.40<br>250.00/hr | 100.00 |

Juanita Bynum                                                                    Page      2

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/23/2013 | JLA | Preparation of Bankruptcy Estate tax return | 0.30 110.00/hr | 33.00 |
| 1/29/2014 | DLK | Preparation of Bankruptcy Estate tax return | 0.50 250.00/hr | 125.00 |
| 1/30/2014 | TC | Clerical Services Process BR return | 0.40 25.00/hr | No Charge |
|  | SRR | Preparation of Bankruptcy Estate tax return | 0.20 65.00/hr | 13.00 |
| 1/31/2014 | DLK | Preparation of Bankruptcy Estate tax return | 0.20 250.00/hr | 50.00 |
| 5/19/2014 | JLA | Preparation of Bankruptcy Estate tax return | 2.00 110.00/hr | 220.00 |
| 5/21/2014 | DLK | Preparation of Bankruptcy Estate tax return | 2.00 260.00/hr | 520.00 |
| 5/22/2014 | SRR | Preparation of Bankruptcy Estate tax return | 0.30 65.00/hr | 19.50 |
| 5/27/2014 | SRR | Preparation of Bankruptcy Estate tax return | 0.20 65.00/hr | 13.00 |
|  | TC | Preparation of Bankruptcy Estate tax return | 0.40 25.00/hr | No Charge |

SUBTOTAL:                                                                 [   12.80      1,979.50]

For professional services rendered                                             12.80      $1,979.50

Additional Charges :

Preparation of tax return

| Date | Description | Amount |
|---|---|---|
| 5/7/2012 | Pacer Internet Fees | 12.30 |
| 12/11/2013 | Other expenses QPUBLIC REPORTS | 10.00 |
| 1/31/2014 | Photocopies at $.25 | 45.75 |
|  | Postage Expense | 5.60 |
| 5/30/2014 | Postage Expense | 5.80 |
| 5/31/2014 | Photocopies at $.25 2013 | 49.25 |

SUBTOTAL:                                                                                [    128.70]

Total additional charges                                                                      $128.70

Juanita Bynum

Page 3

|  | Amount |
|---|---|
| Total amount of this bill | $2,108.20 |
| Balance due | $2,108.20 |

JUANITA BYNUM TIME SUMMARY
KAPLAN & ASSOCIATES, P.C.

PREPARATION OF TAX RETURN

| | | |
|---|---|---|
| DLK AT $260/HR | 2.00 | $ 520.00 |
| DLK AT $250/HR | 2.30 | $ 575.00 |
| DLK AT $220/HR | 1.40 | $ 308.00 |
| JLA AT $100/HR | 1.90 | $ 190.00 |
| JLA AT $110/HR | 3.10 | $ 341.00 |
| SRR AT $65/HR | 0.70 | $ 45.50 |
| TC AT $0/HR | 0.80 | - |
| DSS AT $0/HR | 0.60 | - |
| TOTAL PREPARATION OF TAX RETURN | 10.20 | |
| | | $ 1,979.50 |

EXPENSES

| | |
|---|---|
| PACER | 12.30 |
| PHOTOCOPIES - 380@$.25/each | 95.00 |
| POSTAGE | 11.40 |
| QPUBLIC REPORTS | 10.00 |
| TOTAL EXPENSES | $ 128.70 |
| | $ 128.70 |

TOTAL INVOICE         $ 2,108.20

Attachment to Juanita Bynum Bankruptcy Estate Invoice

## Description of Services Rendered

The Trustee retained the services of Kaplan & Associates, P.C. (K&A) to assist in the income tax preparation and associated income tax matters for the Juanita Bynum Bankruptcy Estate.

K&A reviewed the Debtor's prior year income tax returns and Chapter 7 filing documents to develop an understanding of the issues involved and to obtain income tax attributes in an effort to minimize the income tax consequences related to the sale of estate assets.
Records were reviewed and income tax basis determined for reporting gain/loss on administration of assets, and preparing Federal, and Colorado income tax returns. The Bankruptcy Estate's 2011, 2012 and 2013 income tax returns were accepted as filed with the Internal Revenue Service.